UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-CR-48-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN LEHMAN,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on receipt of the parties' Joint Status Report and Response to the Order to Show Cause (# 101), filed January 12, 2006. On January 10, 2006, the Court issued an Order to Show Cause for the parties' failure to comply with previous Court Order. Having reviewed the response, I find that the Order to Show Cause should be discharged. Accordingly, it is

ORDERED that the Order to Show Cause, which was issued on January 10, 2005, is hereby **DISCHARGED**.

    Dated: January 13, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge