UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN LEHMAN,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On April 28, 2010, Defendant filed a motion for early termination of his supervised release (docket #132). Accordingly, both the Government and the Probation Department are ordered to electronically file a response on the Court's CM/ECF system not later than **Wednesday, May 12, 2010.**

    Dated: April 28, 2010