UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN LEHMAN,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Thursday, June 30, 2011 at 9:00 a.m.**

    Dated: May 2, 2011