UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAN LEHMAN,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Supervised Release Violation Hearing previously vacated is reset for
**Thursday, August 11, 2011, at 2:00 p.m.**

    Dated: July 11, 2011