**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00048-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DAN LEHMAN,

       Defendant.

---

ORDER DISMISSING VIOLATION PETITION AND
CONTINUING SUPERVISED RELEASE

---

       This matter is before the Court upon report of the probation officer that defendant has violated the terms and conditions of his supervision.  On August 11, 2011, the defendant admitted guilt to violations 1, 2, and 3, as alleged, and disposition in the matter was continued.

       On March 7, 2012, a final violation hearing was held and the Court

       ORDERED that the petition for violation of supervised release, dated February 23, 2011, be dismissed and the defendant be continued on supervised release under the original order of this Court.

       DATED at Denver, Colorado, this 7th day of March, 2012.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL, Chief Judge
                              United States District Court